Bond Number: 37S 103319547

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Mapes,

Plaintiff,

# SUPERSEDEAS BOND

v.

MTR Gaming Group, Inc., f/k/a
Excalibur Holding Corporation, f/k/a
Winners Entertainments, f/k/a
Golden Palace Casinos, Inc.

CIVIL FILE NO. 00-667 (MJD/JGL)

Defendant.

---

KNOW ALL BY THESE PRESENTS, in consideration of the premium paid and the underwriting conditions agreed to, That MTR Gaming Group, Inc., f/k/a Excalibur Holding Corporation, f/k/a Winners Entertainments, f/k/a Golden Palance Casinos, Inc., as Principal and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA of Hartford, Connecticut, as Surety, are held and firmly bound unto Michael Mapes in the sum of ($253,890.76) #Two hundred fifty-three thousand, eight hundred ninety and 76/100's Dollars, lawful money of the United States, to be paid unto the said Michael Mapes, his heirs, legal representatives or assigns, for which payment well and truly to be made, we bind ourselves, our heirs, legal representatives, and assigns, firmly by these presents.

That the undersigned will at all times indemnify the Surety and save it harmless from and against any and all claims, demands, judgments, liabilities, loss, damage, or expense of every kind and nature including court costs and attorneys fees, which it shall sustain or incur in consequence of it having executed said bond.

Signed and Sealed by us this 17th day of July, 2001.

The condition of this obligation is such that, whereas the said MTR Gaming Group, Inc., f/k/a Excalibur Holding Corporation, f/k/a Winners Entertainments, f/k/a Golden Palace Casinos, Inc. appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum Opinion and Order Signed June 11, 2001.

NOW THEREFORE, If said MTR Gaming Group, Inc., f/k/a Excalibur Holding Corporation, f/k/a Winners Entertainments, f/k/a Golden Palace Casinos, Inc. shall pay all costs and charges which may be awarded against it on said appeal; and shall pay the damages sustained by the Michael Mapes in consequence of the appeal, and the obedience to and satisfaction of the order of judgment which the court may give if the order or any part of it is affirmed or if the appeal is dismissed, this obligation shall become void; otherwise to be and remain in full force and effect.

FILED AUG 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

In Presence of:

MTR Gaming Group, Inc., f/k/a
Excalibur Holding Corporation, f/k/a
Winners Entertainments, f/k/a
Golden Palace Casinos, Inc.

Joyce K. Dominique
Witness

BY: Stephen C. Rathke
Stephen C. Rathke, Its Attorney

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

Laurie A. McKay
Witness

BY: Matthew W. Davies
Matthew W. Davies, Attorney-In-Fact

Approved this 16th day of August, 2001.

Michael J. Davis Judge

THE PATRICK J. THOMAS AGENCY, Minneapolis and St. Paul, Minnesota.